# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:12cv115

NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida Non-Profit Corporation; and DENISE PAYNE, individually,

   Plaintiffs,

v.

ASHEVILLE, LLC,

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

   ORDER

Previously, the Court granted Plaintiffs' Motion for Leave to File Amended Complaint [# 10]. The Court granted Plaintiffs until August 22, 2012, to file their Amended Complaint. (Order, Aug. 16, 2012.) Plaintiffs failed to comply with the Court's Order and file a timely Amended Complaint. Instead, Plaintiffs waited until August 24, 2012, to file their Complaint. Plaintiffs did not request an extension of time or set forth any reason why they failed to comply with the Court's August 16, 2012, Order. Accordingly, the Court STRIKES as untimely the Amended Complaint [# 15]. The Complaint [# 1] remains the operative pleading in this case.

Signed: August 27, 2012

Dennis L. Howell
United States Magistrate Judge