IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv115

| | |
|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida Non-Profit Corporation; and DENISE PAYNE, individually, )))))) | |
| Plaintiffs, )) | |
| ) | ORDER |
| v. )) | |
| ASHEVILLE, LLC, )) | |
| Defendant. )) | |

Previously, the Court granted Plaintiffs' Motion for Leave to File Amended Complaint [# 10]. The Court granted Plaintiffs until August 22, 2012, to file their Amended Complaint. (Order, Aug. 16, 2012.) Plaintiffs failed to comply with the Court's Order and file a timely Amended Complaint. Instead, Plaintiffs waited until August 24, 2012, to file their Complaint. Plaintiffs did not request an extension of time or set forth any reason why they failed to comply with the Court's August 16, 2012, Order. Accordingly, the Court STRIKES as untimely the Amended Complaint [# 15]. The Complaint [# 1] remains the operative pleading in this case.

Signed: August 27, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge